**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 17, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**WD78749**      **Diane Accurso vs. Division of Employment Security**




**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**None**